UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA,                   :

                                                 :

        -v-                           :                  15-CR-276 (PAE)

                                                 :

RAHEEM JONES,                        :                 <u>SCHEDULING ORDER</u>

                                                 :

                   Defendant.           :

                                                 :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that a conference in this matter is scheduled for **February 6, 2023,** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: January 27, 2023
       New York, New York

_____
       PAUL A. ENGELMAYER
       United States District Judge