

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Raheem Jones*, 15 Cr. 276 (PAE)

Dear Judge Engelmayer,

    The Government writes respectfully to request an adjournment of the conference scheduled for Monday, April 24, 2023 at 12:15 p.m. in the above-referenced case. The Government has conferred with defense counsel and Probation who join this request. The defendant currently is in state custody as his state case—related to the same conduct that underlies the specifications alleged in the violation report here—proceeds. The parties understand that the defendant is scheduled to appear in court in his state case on June 6, 2023. Accordingly, the parties request an adjournment in this matter from April 24, 2023 to a date after June 6, 2023, to permit the state case to proceed and to conserve government resources involved in the defendant's transfer from state to federal custody and then back to state custody, as occurred in connection with the defendant's previous appearance before this Court on February 13, 2023.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

**GRANTED.** The conference is adjourned to June 15, 2023 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 24.

SO ORDERED.      4/19/2023

_____
PAUL A. ENGELMAYER
United States District Judge