**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 7, 2023

By ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

**Re: United States v. Raheem Jones, 15 Cr. 276 (PAE)**

Dear Judge Engelmayer:

I write jointly with the Government to respectfully request that the Court adjourn the June 15, 2023 VOSR conference in this matter to a date after July 20, 2023. Mr. Jones remains in state custody on charges relating to the same alleged conduct underlying his federal supervised release violations, and is next scheduled to appear in state court on July 20. Accordingly, the parties request an adjournment until after that date so that the VOSR may continue to track the state proceeding and to conserve government resources involved in transferring Mr. Jones to federal custody and then back to state custody.

Thank you for your attention to this request.

 Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Lisa Daniels, Esq. (by ECF)
    Assistant United States Attorney

---

GRANTED. The conference is adjourned to August 2, 2023 at 11:45 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 26.

                                        6/7/2023
SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge